UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC.,<br><br>                            Plaintiff,<br>     v.<br>GOLDEN PENNY INDUSTRIES, LLC, et al.,<br><br>                            Defendants. | Case No. 2:18-cv-00748-JAD-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). Discovery closed November 26, 2018. The Discovery Plan and Scheduling Order (ECF No. 10) entered August 2, 2018, required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than January 25, 2019 unless dispositive motions were timely filed by December 26, 2018. There are no dispositive motions pending. To date, the parties have not complied. Accordingly,

**IT IS ORDERED** that

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **February 19, 2019**. Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the District Judge of case dispositive sanctions.

2. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 5th day of February 2019.

                                                         PEGGY A. LEEN
                                                         UNITED STATES MAGISTRATE JUDGE