Peter Dubowsky, Esq.
Nevada Bar No. 4972
DUBOWSKY LAW OFFICE, CHTD.
300 South Fourth Street
Suite 1020
Las Vegas, Nevada 89101
Fax: 702-360-3515
Tel: 702-360-3500
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. ) | Case No.: 2:18-cv-00748-JAD-BNW |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| GOLDEN PENNY INDUSTRIES, LLC dba) | |
| REBEL REPUBLIC aka REBEL REPUBLIC) | |
| GASTROPUB and JEROME E. KOSAK) | |
| individually ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **STATUS REPORT**

The undersigned counsel for Plaintiff J & J SPORTS PRODUCTIONS, INC. submits the following status report.

The Plaintiff's case is still pending against the individual Defendant, JEROME E. KOSAK ("Kosak").[1] Kosak is representing himself pro se in this action. Kosak has been

---

[1] The Corporate Defendant GOLDEN PENNY INDUSTRIES, LLC dba REBEL REPUBLIC aka REBEL REPUBLIC GASTROPUB filed bankruptcy. (see ECF 23)

not easily reachable in order to participate in joint case management functions or case-related discussions.[2]

The Plaintiff believes it has sufficient evidence to support the allegations in the Complaint against Kosak. Therefore, Plaintiff believes that this case is appropriate for a summary judgment against Kosak. (Plaintiff acknowledges that a motion was not filed within dispositive motion deadlines.) The Plaintiff is requesting that the Court grant leave to Plaintiff to have 60 days to file a motion for summary judgment.

If the Court is not so inclined, Plaintiff will make itself available for settlement conference, or bench trial setting, as the Court wishes.

Dated: October 8, 2019

                                          DUBOWSKY LAW OFFICE, CHTD.

                                          By: /s/Peter Dubowsky
                                                  Peter Dubowsky, Esq.
                                                  Attorney for Plaintiff

In light of the representations in this status report, IT IS ORDERED that dispositive motions must be filed by December 11, 2019.

DATED: October 11, 2019

_____
United States Magistrate Judge

---

[2] The Defendants' Response to Show Cause (ECF 16) has two phone numbers. The "702" phone number is no longer in service. The "916" phone number goes directly to a generic voicemail, with little success of getting a returned call.