UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

J&J Sports Productions, Inc.,

    Plaintiff

v.

Golden Penny Industries, LLC, et al.,

    Defendants

Case No.: 2:18-cv-0748-JAD-BNW

**Order Adopting Report & Recommendation and Granting in Part Motion for Summary Judgment against Defendant Kosak**

[ECF Nos. 27, 35]

    In this signal-piracy case, Plaintiff J&J Sports Productions, Inc. alleges that Jerome Kosak illegally broadcast the May 2015 championship boxing match between Floyd Mayweather, Jr. and Manny Pacquiao at the Rebel Republic bar owned by Golden Penny Industries, LLC. J&J claims that it held the exclusive license to exhibit the bout and moves for summary judgment on its claim against Kosak.[1] Kosak did not respond to the motion, and Magistrate Judge Brenda Weksler thoughtfully considered that motion and recommends that I grant it in part.[2] The deadline for any party to object to that recommendation was September 25, 2020, and no party filed anything. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3] Having reviewed the R&R, I find good cause to adopt it, and I do.

---

[1] ECF No. 27.

[2] ECF No. 35.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 35] is ADOPTED** in its entirety.

IT IS FURTHER ORDERED that **the Motion for Summary Judgment against Jerome Kosak [ECF No. 27] is GRANTED in part and DENIED in part.  It is granted as to Count I in the amount of $38,000; it is denied as to Count II.**

IT IS FURTHER ORDERED that plaintiff has 14 days to move for fees and costs and to provide notice to the Court of whether plaintiff dismisses the claims against Golden Penny Industries, LLC so that final judgment may be entered.

Dated: September 26, 2020

_____
U.S. District Judge Jennifer A. Dorsey